EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2010 TSPR 33 |
| | 178 DPR _____ |
| María E. Ramos Ortiz | |

Número del Caso: TS-6978

Fecha: 8 de marzo de 2010

Abogado de la Parte Peticionaria:

                Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

María E. Ramos Ortiz

6978

RESOLUCIÓN

San Juan, Puerto Rico, a   8 de marzo de 2010.

Examinada la Solicitud de Baja Voluntaria presentada por la Lcda. María E. Ramos Ortiz se autoriza la baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo